# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Case No. 4:10cr57.21 |
| | § | (Judge Schneider) |
| BANK OF AMERICA | § | |
| AXA EQUITABLE | § | |
| HARTFORD LIFE AND ANNUITY | § | |
| INSURANCE CO. | § | |
| Garnishee-Defendants | § | |
| and | § | |
| DEBBIE FERNIE | § | |
| Judgment-Defendant | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On March 28, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations concerning a dispute regarding United States' Writ of Continuing Garnishment against AXA Equitable (Dkt. #735), Bank of America (Dkt. #733), and Hartford Life and Annuity Insurance Co. (Dkt. #731).

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the Judgment-Defendant's exemption claim is **DENIED** and the requests for hearing are **DENIED.**

It is SO ORDERED.

SIGNED this 19th day of April, 2011.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE